■ In the Matter of JOHN DAUBNEY, Respondent, v CONSTANCE DAUBNEY, Appellant.—Appeal from an order of the Family Court of Albany County (Tobin, J.), entered January 24, 1990, which granted petitioner's application, in a proceeding pursuant to Family Court Act article 6, for custody of the parties' child.

Order affirmed, with costs, upon the opinion of Judge Beverly C. Tobin.

Mahoney, P. J., Casey, Levine, Mercure and Harvey, JJ., concur. Ordered that the order is affirmed, with costs.